21 CV 03192

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE LIMAN

---

**ALLISON L. RYAN,**

Plaintiff,

-against-

Governor **ANDREW M. CUOMO**; New York State Senate
Majority Leader **ANDREA STEWART-COUSINS**;
New York State Assembly Speaker **CARL E. HEASTIE**;
**DOUGLAS A. KELLNER**, Co-Chair New York State
Board of Elections; **PETER S. KOSINSKI**, Co-Chair New York
State Board of Elections; **FREDERIC M. UMANE**, President
New York City Board of Elections; **MIGUELINA CAMILO**,
Secretary New York City Board of Elections,

Defendants.

---

The Clerk's
Office may open
the matter
electronically
on the Court's
ECF system.
S.O ORDERED.
USDJ
Part I
4-13-21

MOTION

APPLICATION TO COURT TO FILE THE
ABOVE-CAPTIONED MATTER IN HARD COPY —
INCLUDING THE ORDER TO SHOW CAUSE & TRO,
THE VERIFIED COMPLAINT, AFFIDAVIT OF
ALLISON RYAN AND ATTACHED EXHIBITS
DUE TO EXTREME TECHNICAL ISSUES
THAT PREVENT FILLING ELECTRONICALLY
AT THIS TIME

RESPECTFULLY,

EDWARD A HARTZOG    EH.7628