USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALLISON L. RYAN,                                                   :
:
      Plaintiff,                     :
:  21-cv-3192 (LJL)
  -v-                                                    :
:  ORDER
GOVERNOR ANDREW M. CUOMO, *et al.*,                                :
:
      Defendants.                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The Court has been informed that Plaintiff would like to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 6. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

  SO ORDERED.

Dated: March 31, 2023
   New York, New York

                 LEWIS J. LIMAN
                 United States District Judge